TMS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:21-CR-47

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| MICHAEL SEAWELL ) | |
| ) | |

The United States Attorney charges that:

## COUNT ONE

Beginning in or about June 2020, the exact date being unknown, and continuing up to and including on or about January 16, 20201, in the Eastern District of North Carolina, and elsewhere, the defendant, MICHAEL SEAWELL, did knowingly and intentionally, combine, conspire, confederate, agree and have a tacit understanding with other persons, known and unknown, to knowingly and intentionally distribute and possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

1

Case 7:21-cr-00047-M   Document 1   Filed 03/26/21   Page 1 of 3

## COUNT TWO

On or about January 16, 2021, in the Eastern District of North Carolina, the defendant, MICHAEL SEAWELL, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE NOTICE

The defendant is given notice that pursuant to the provisions of Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), the latter as made applicable by Title 28, United States Code, Section 2461(c), all of the defendants' interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense(s) set forth in the Information, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense(s).

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

2

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.


G. NORMAN ACKER, III
Acting United States Attorney

*TSEVERO*
BY: TIMOTHY M. SEVERO
Assistant United States Attorney

3